**Jessie B. HAYES, Plaintiff–Appellant,**

v.

**William J. HENDERSON, Postmaster General; United States Postal Service, Defendants–Appellees.**

No. 01–1625.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 14, 2001.

Jessie B. Hayes, pro se. Joseph Parkwood Griffith, Jr., Office of the United States Attorney, Charleston, SC, for appellees.

Before NIEMEYER, MOTZ and GREGORY, Circuit Judges.

PER CURIAM.

Jessie B. Hayes appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hayes v. Henderson*, No. CA–00–2027–2–18AJ (D.S.C. filed Apr. 5, 2000; entered Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*